UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIQ SAIBU,<br><br>    Petitioner,<br><br> v.<br><br>BRENDA M. CASH, Warden<br><br>    Respondent. | Civil No. 10-0844-CAB<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

  On August 5, 2011, this Court entered judgment denying the petition for a writ of habeas corpus filed in this case.

  Rule 11 of the Federal Rules Governing Section 2254 Cases states, "[t[he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability should be issued only where the petition presents "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this threshold showing, Petitioner must show that: (1) the issues are debatable among jurists of reason, (2) that a court could resolve the issues in a different manner, or (3) that the questions are adequate to deserve encouragement to proceed further. Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000) (citing Slack v. McDaniel, 529 U.S. 473 (2000); Barefoot v. Estelle, 463 U.S. 880 (1983)).

//

//

In this case, the Court finds that the issues are not debatable among jurists of reason, nor could the issues be resolved in a different manner. Further, the Court finds that the questions are not adequate to deserve encouragement to proceed further. Accordingly, the Court **DENIES** a certificate of appealability.

**IT IS SO ORDERED**.

DATED: August 10, 2011

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge